**CT Corporation**

**Service of Process Transmittal**
07/23/2021
CT Log Number 539956319

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Illinois**

**FOR:** WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Cuddeback Diana, Pltf. vs. Walmart, Inc., etc., Dft.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Affidavit(s), Entry |
| **COURT/AGENCY:** | St Clair County Circuit Court, IL<br>Case # 21L0674 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 12/19/2019, Sam's Club located at 1350 W. Highway 50, O'Fallon, IL |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/23/2021 at 10:44 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Earl W. Hubbs<br>Reed and Bruhn, P.C.<br>6464 W. Main Street, Suite 1B<br>Belleville, IL 62223<br>618-398-7027 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/23/2021, Expected Purge Date: 07/28/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Jul 23, 2021

**Server Name:** Andrew Raphael

| Entity Served | WALMART INC. |
|---|---|
| Case Number | 21L674 |
| Jurisdiction | IL |



#89629

## CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number __21L0674__

Amount Claimed _____

| Plaintiff(s) | Defendant(s) |
|---|---|
| DIANA CUDDEBACK | WALMART, INC., A DELAWARE CORPORATION, d/b/a SAM'S WEST, INC., AN ARKANSAS CORPORATION, d/b/a SAM'S CLUB |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

**SERVE THIS DEFENDANT AT:**

Pltf. Atty. Earl W. Hubbs - 6196367    Code _____
Address 6464 W. Main Street, Ste 1B
City Belleville, IL 62223    Phone 618-398-7027
Add. Pltf. Atty. _____ Code _____

NAME CT Corporation System, Agent for Defendant
ADDRESS 208 South LaSalle Street, Ste. 814
CITY & STATE Chicago, IL 60604

### SUMMONS COPY

To the above named defendant(s).......:

[ ] A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20__
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[X] B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, __7/21/2021__ _____ 20__

Elysia Agne
Clerk of Court

BY DEPUTY: _____

DATE OF SERVICE: _____ 20__
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) – (Individual defendants – abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) – Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |

(d) – (Other service):

SHERIFF'S FEES

Service and return _____ $
Miles _____ .......... $ _____
Total .......................$ _____

Sheriff of _____ County

_____, Sheriff of _____ County

_____, Deputy

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Elysia Agne
21L0674
St. Clair County
7/21/2021 9:25 AM
14122423

IN THE CIRCUIT COURT
OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| DIANA CUDDEBACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 21-L- 0674 |
| | ) |
| WALMART, INC., A DELAWARE | ) |
| CORPORATION, d/b/a SAM'S WEST, INC., | ) |
| AN ARKANSAS CORPORATION, d/b/a | ) |
| SAM'S CLUB, | ) |
| | ) |
| Defendant. | ) |

**Serve Defendant at:**
CT Corporation System
208 So. LaSalle Street, Ste. 814
Chicago, IL 60604

## COMPLAINT

COMES NOW Plaintiff, Diana Cuddeback, by and through her attorneys, Reed and Bruhn, P.C., and for her cause of action and Complaint against Defendant, Walmart, Inc., a Delaware Corporation, d/b/a Sam's West, Inc., an Arkansas Corporation, d/b/a Sam's Club, states as follows:

1.) On December 19, 2019, Walmart, Inc., a Delaware Corporation, d/b/a Sam's West, Inc., an Arkansas Corporation, d/b/a Sam's Club (hereafter "Sam's Club") was a Delaware Corporation authorized to do business in Illinois, and was doing business as Sam's Club, a retail store, operating at 1350 W. Highway 50 in O'Fallon, St. Clair County, Illinois, under terms of a real estate device known as a net lease from the property owner, LSC O'Fallon, LLC. Said lease

(on information and belief), requires the Defendant to maintain, preserve, and insure the land and buildings covered under the lease.

2.) That on December 19, 2019, Plaintiff, Diana Cuddeback, was a customer shopping at the Sam's Club located at 1350 W. Highway 50 in O'Fallon, St. Clair County, Illinois.

3.) That on the above-related date, Defendant leased (from owner, LSC O'Fallon, LLC) a large parking lot adjacent to the Sam's Club at 1350 West Highway 50, which lot provided a parking area for the store's customers. The lease (on information and belief) requires Defendant to maintain, preserve and insure the parking lot.

4.) That at the above-related time and place, Defendant knew (or should have known) that exposed bolts were protruding from Defendant's parking lot.

5.) At all relevant times alleged herein, it was the duty of the Defendant to exercise reasonable and ordinary care in maintaining its premises herein described and to warn its customers of dangerous conditions of which Defendant was (or should have been) aware.

6.) At the above related date and place, Defendant, by its agents or employees, breached its duty to Plaintiff in one or more of the following ways:

    a.) Failed to exercise reasonable and ordinary care in maintaining its premises;

b.) Failed to warn Plaintiff of a dangerous condition (exposed bolts protruding from the parking lot) on the premises

and

c.) Failed to remove or eliminate a hazardous or unreasonably dangerous condition from the travel path on its property.

7.) That as a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant and/or its agents and employees, Plaintiff, Diana Cuddeback, tripped on a bolt protruding from Defendant's parking lot and fell, sustaining injuries as follows:

a.) Various muscles, ligaments, membranes, nerves, blood vessels and tissues of her body were sprained, torn, cut, bruised or otherwise injured;

b.) She became sick, sore, lame and disordered and has so remained from the date of injury to the present;

c.) She has suffered great pain and anguish by reason of her injuries and is reasonably likely to suffer additional great pain and anguish in the future by reason of these injuries;

d.) She suffered injuries to her head, back, right hip, right hand, right shoulder, left foot and knees;

e.) She was required to seek a physician's care for her injuries and is reasonably certain to require future professional care for these injuries;

21-L-_____

  f.)  She was required to take various medications as a result of her injuries, and is reasonably certain to require further medications in the future as a result of these injuries;

  g.)  She has suffered internal derangement of the injured members of her body;

  h.)  She has expended or become obligated for various large sums of money in endeavoring to cure or heal herself of her injuries and is reasonably certain to incur additional such obligations in the future

and

  i.)  She has been prevented and limited, and is reasonably certain to be prevented and limited in the future, from earning money and from participating in many of his/her usual daily activities by reason of these injuries.

WHEREFORE, Plaintiff, Diana Cuddeback, prays judgment of her Complaint against Defendant, Sam's Club; for personal injuries in a sum in an amount in excess of Fifty Thousand and 00/100 Dollars ($50,000.00), plus costs of suit.

*/s/ Earl Hubbs*

Earl W. Hubbs - 6196367
Reed and Bruhn, P.C.
Attorneys for Plaintiff
6464 W. Main Street, Suite 1B
Belleville, IL 62223
(618) 398-7027 – telephone
(618) 398-7911 – facsimile
earl@rickreedatty.com

21-L-_____

## AFFIDAVIT

STATE OF ILLINOIS       )
                        ) ss.
COUNTY OF ST. CLAIR     )

I, Diana Cuddeback, being first duly sworn upon oath, depose and state that the allegations in the foregoing Complaint are true and correct to the best of my knowledge and damages sought are in an amount in excess of Fifty Thousand and 00/100 Dollars ($50,000.00), plus costs of suit.

7/20/21
DATE

_____
Diana Cuddeback

SUBSCRIBED AND SWORN TO before me this 20th day of July, 2021.

OFFICIAL SEAL
REBECCA E KIPPING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/27/22

Rebecca E Kipping
NOTARY PUBLIC

21-L-_____

Page 5 of 5

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Elysia Agne
21L0674
St. Clair County
7/21/2021 9:25 AM
14122423

IN THE CIRCUIT COURT
OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| DIANA CUDDEBACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 21-L- 0674 |
| | ) |
| WALMART, INC., A DELAWARE | ) |
| CORPORATION, d/b/a SAM'S WEST, INC., | ) |
| AN ARKANSAS CORPORATION, d/b/a | ) |
| SAM'S CLUB, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

COMES NOW Reed and Bruhn, P. C., through Earl W. Hubbs, and hereby enters its appearance herein on behalf of Plaintiff, Diana Cuddeback.

All further notices and communications intended for Plaintiff, Diana Cuddeback, should be forwarded to the undersigned attorneys.

_____
Earl W. Hubbs - 6196367
Reed and Bruhn, P.C.
Attorneys for Plaintiff
6464 West Main Street, Suite 1B
Belleville, Illinois 62223
(618) 398-7027 – telephone
(618) 398-7911 – facsimile
earl@rickreedatty.com

21-L-_____

Page 1 of 1